UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., a minor, by and through his father as guardian ad litem, JOSE CRESPO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FAMILY HEALTH CARE NETWORK, INC., a California Corporation, SIERRA VIEW DISTRICT HOSPITAL LEAGUE INC., a California corporation, SIERRA VIEW DISTRICT HOSPITAL FOUNDATION, a California corporation, DR. MARIA HERNANDEZ, an individual, DR. NARIN SIRIBHADRA, an individual, and DOES 1-100, inclusive,<br><br>Defendant. | No. 1:16-cv-00474-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. Nos. 7, 12, 17, 18) |

On May 23, 2016, the parties filed a joint stipulation dismissing the action in its entirety with prejudice and with each party to bear its own costs and attorneys' fees. (Doc. No. 18.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of attorneys' fees and costs to either party. All

/////

/////

1

pending motions (Doc. Nos. 7, 12, and 17) are dismissed as moot. Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: __**May 24, 2016**__  _____
UNITED STATES DISTRICT JUDGE